# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDWAY INTERNATIONAL INVESTMENT HOLDINGS LIMITED, a British Virgin Islands corporation,<br><br>Plaintiff,<br>v.<br><br>DVANCED BIOENERGY LP, a California limited partnership,<br><br>CALIFORNIA ENERGY INVESTMENT CENTER, LLC, a California limited liability company, and<br><br>AEMETIS, INC., a Nevada corporation,<br><br>Defendants<br>Defendants. | No. 1:20-cv-01756-DAD-HBK<br><br>ORDER GRANTING PARTIES' EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>Doc. No. 16 |

Pending before the Court is the parties' Stipulation to Extend Defendants' Time to File Their Responsive Pleading filed January 11, 2021. (Doc. No. 16). The parties agree that a three-week extension of the responsive pleading deadline from January 11, 2021 to February 1, 2021 is reasonable to allow the parties enough time to meet and confer in the hopes of avoiding motion practice.

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect. Based on good cause shown, the Court grants the parties' stipulated extension.

Accordingly, it is now **ORDERED**:

1. The parties' stipulation, construed as an unopposed motion for an enlargement of time (Doc. No. 16), is **GRANTED**.

2. Defendants' responsive pleading is due no later than February 1, 2021.

IT IS SO ORDERED.

Dated:   January 13, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE